UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUICK CUISINE AG,

                Plaintiff,

-against-

UB2B INC., CMA TRADING INC., and UNIVERSAL FOOD TRADING,

                Defendants.

Case No. 08 Civ 1601 (GEL)
JUDGE LYNCH

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for QUICK QUISINE AG (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: February 19, 2008

Signature of Attorney
Laura H. Rubin, Esq.

**Attorney Bar Code**: LR-0332
Tannenbaum Dubin & Robinson, LLP
1140 Avenue of the Americas
New York, NY 10036
212-302-2900

SEM21281.L99