# AFFIDAVIT OF SERVICE

Tannenbaum

COURT: U.S. DISTRICT COURT, SOUTHERN DIST.
COUNTY: NEW YORK

INDEX NO: 1601/08
EPS NO: 576449

ID # 597801

---

QUICK CUISINE AG

Plaintiff(s)

- vs. -

UB2B INC., CMA TRADING INC. & UNIVERSAL FOOD TRADING

Defendant(s)

---

State of **New Jersey**, County of **Union** ss.: **LARRY SABLE**

being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, **2-26-08** at approximately **9:55 AM** at 463 BARELL AVENUE, CARLSTADT, NJ 07072 deponent served the SUMMONS & COMPLAINT IN A CIVIL ACTION annexed on UNIVERSAL FOOD TRADING in the following manner:

- [ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

- [x] **Corporation** — By delivering to and leaving with **Leonardo A.** _____ who stated [x] he [ ] she was authorized to accept on behalf of said corporation.

- [ ] **Responsible Person** — By delivering to and leaving with _____ a true copy thereof, a person of suitable age and discretion. Said premises being the recipients [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York.

- [ ] **Affixing to Door** — By affixing a true copy thereof to the door of said premises, which is recipients [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

- [ ] **Mail** — A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

- [x] **Description**

| | | | | | |
|---|---|---|---|---|---|
| [x] Male | [ ] White Skin | [x] Black Hair | [ ] 14-20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [ ] Female | [ ] Black Skin | [ ] Brown Hair | [ ] 21-35 Yrs. | [ ] 5'0"-5'3" | [ ] 100-130 Lbs. |
| | [ ] Yellow Skin | [ ] Blond Hair | [x] 36-50 Yrs. | [x] 5'4"-5'8" | [ ] 131-160 Lbs. |
| | [x] Brown Skin | [ ] Gray Hair | [ ] 51-65 Yrs. | [ ] 5'9"-6'0" | [x] 161-200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**2-28-08**

Sworn to before me on _____

MARCO P. PEREIRA
NOTARY PUBLIC OF NEW JERSEY
My Commission Exp. June 5, 2012

_Larry Sable_
Server

ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001

NP