LYN45.

At ~~/ / / / / /~~ of the United States District Court for Southern District of New York of held at the courthouse located at 500 Pearl Street, New York, New York, on the 28 day of April, 2008.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08
```

PRESENT: Hon. Gerard H. Lynch
              Judge

------------------------------x
QUICK CUISINE AG,          :

               Plaintiff,   :   ORDER TO SHOW CAUSE

    -against-            :   08 Civ. 1601 (GEL)

UB2B INC., CMA TRADING INC.   :
 and UNIVERSAL FOOD TRADING, :

              Defendants.  :
------------------------------x

UPON the annexed affidavit of Laura H. Rubin, Esq. sworn to on April 25, 2008, and the exhibits annexed thereto, it is hereby

ORDERED, that Defendants, UB2B Inc. ("UB2B") and Universal Food Trading ("Universal"), show cause at Court Room 6B of this Court, to be held at the courthouse thereof located at 500 Pearl Street, New York, New York, on the 27 day of May, 2008, at 2:15 o'clock in the afternoon of that day, or as soon thereafter as counsel can be heard, why an Order should not be granted directing ~~the Clerk of this~~ me Court to enter a default judgment in favor of Plaintiff, Quick Cuisine AG, against Defendants UB2B and Universal jointly and severally in the amount of $89,686.13, together with interest as allowed by law from September 1, 2007, and the costs and disbursements of this action.

ORDERED, that sufficient reason appearing therefore, let service by nationally recognized overnight courier of a copy of this Order together with the papers upon which it was granted, upon each of Defendant U2B2 and Universal at their last known place of business, 463 Barell Avenue, Carlstadt, New Jersey 07072 on or before ___April 30___, 2008, be deemed good and sufficient service thereof.

ENTER

_____
U.S.D.J

4/28/08

SEM42382.L99.docx