UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
QUICK CUISINE AG,

                              :        08 Civ. 1601 (GEL)

        Plaintiff,    :
   -against-                                  AFFIDAVIT FOR
                              :        JUDGMENT BY DEFAULT

UB2B INC., CMA TRADING INC.,
 and UNIVERSAL FOOD TRADING,    :

        Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

     LAURA H. RUBIN, being duly sworn, deposes and says:

     1.     I am a member of the Bar of this Court and am a member of the firm of Tannenbaum Dubin & Robinson, LLP, attorneys for Quick Cuisine AG, the plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

     2.     I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default judgment against defendants UB2B Inc. ("UB2B") and Universal Food Trading ("Universal"). Plaintiff was unable to effect personal service upon defendant CMA Trading Inc.

     3.     This is an action to recover $89,686.13 owed jointly and severally by defendants UB2B and Universal to plaintiff for goods sold and delivered by plaintiff to said defendants at defendants' specific request, no part of which has been paid despite due demand therefor.

     4.     Jurisdiction of the subject matter of this action is based on diversity jurisdiction.

5. This action was commenced on February 19, 2008, by the filing of the summons and complaint. A copy of the summons and complaint was served on the defendants on February 26, 2008, by personal service on authorized agents of each defendant and proof of service by the Special Process Server was filed with the Court on March 11, 2008. The defendants have not answered the complaint and the time for the defendants to answer the complaint has expired.

6. This action seeks judgment for the liquidated amount of $89,868.13 against defendants UB2B and Universal jointly and severally, plus interest at 9% from September, 2007, for total interest as of April 30, 2008, of $5,372.73, as shown by the annexed Statement, together with costs and disbursements comprising the purchase of a civil action number ($325.00) and service of process on these two defendants ($300).

7. An inquest is not necessary to determine damages because the amount sought is the liquidated amount set forth in plaintiff's invoice to defendants, a copy of which is annexed to the Complaint as Exhibit C. See Rule 55(a)1, Federal Rules of Civil Procedure.

8. The disbursements sought to be taxed have been made in this action or will necessarily be made herein.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendants.

_____
LAURA H. RUBIN

Sworn to before me this
25th day of APRIL, 2008

_____
Notary Public

SEM42481.L54.doc

ARTHUR STHACHMAY
NOTARY PUBLIC, State of New York
No. 01ST6118985
Qualified in Nassau County
Commission Expires Nov. 22, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
QUICK CUISINE AG,

                                    :     08 Civ. 1601 (GEL)

                 Plaintiff,
     -against-                     :     STATEMENT OF DAMAGES

                                    :

UB2B INC., CMA TRADING INC.,
 and UNIVERSAL FOOD TRADING,    :

                 Defendants.     :
------------------------------------------x


Principal amount sued for against Defendants UB2B Inc. and
Universal Food Trading Jointly and Severally ................................................................$89,686.13

Interest at 9% from September 1, 2007 through April 30, 2008 ($22.11 a day) .............5,372.73

Costs and Disbursements:

Clerk's fee ......................................................................................................................350.00

Process Server fee for service ......................................................................................300.00

Statutory Fee ......................................................................................................................

Total as of April 30, 2008 against UB2B and Universal jointly and severally
(includes costs and disbursements) ...........................................................................95,708.86

SEM42481.L99.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
QUICK CUISINE AG,                : 08 Civ. 1601 (GEL)

              Plaintiff,   :

-against-                        :   CLERK'S CERTIFICATE

UB2B INC., CMA TRADING INC.,
  and UNIVERSAL FOOD TRADING,    :

             Defendants.  :
---------------------------------x

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 19, 2008, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant UB2B Inc. by serving an authorized agent of said defendant on February 26, 2008, and on defendant Universal Food Trading by serving an authorized agent on February 26, 2008, and proof of such service thereof was filed on March 11, 2008.

    I further certify that the docket entries indicate that the said defendants have not filed an answer or otherwise moved with respect to the complaint herein. The defaults of the defendants are hereby noted.

Dated: New York, New York
      April 25, 2008

                                    J. MICHAEL MCMAHON
                                    Clerk of the Court

                              By: _____
                                   Deputy Clerk

SEM42483.doc