```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
QUICK CUISINE AG,

                               :    08 Civ. 1601 (GEL)

            Plaintiff,  :

   -against-

                               :    **DEFAULT JUDGMENT**

UB2B INC., CMA TRADING INC.,
  and UNIVERSAL FOOD TRADING,       :

           Defendants.  :
-------------------------------x

     This action having been commenced on February 19, 2008, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant UB2B Inc. thereof on February 26, 2008, by personally delivering a copy thereof to an authorized agent and on defendant Universal Food Trading on February 26, 2008, by personally delivering copies thereof to an authorized agent, and a proof of service having been filed on March 11, 2008, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

     ORDERED, ADJUDGED AND DECREED: That the plaintiff Quick Cuisine AG have judgment against defendants UB2B Inc. and Universal Food Trading, jointly and severally, in the liquidated amount of $89,686.13 with interest at 9% from September 1, 2007, amounting to $5,372.73 plus costs and disbursements of this action in the amount of $650.00 amounting in all to $95,708.86.

Dated: New York, New York
       May 27, 2008

                                                        _____
                                                        U.S.D.J.

                                                        This document was entered on the
                                                        docket on _____.

*SEM42482.doc*