UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| QUICK CUISINE AG, | Case No.: 08-CV-1601 |
| | (Lynch, J.) (Francis, M.J.) |
| Plaintiff, | |
| v. | |
| UB2B INC., CMA TRADING INC., and UNIVERSAL FOOD TRADING, | NOTICE OF MOTION TO VACATE DEFAULT JUDGMENT AS TO DEFENDANTS UB2B, INC. AND UNIVERSAL FOOD TRADING PURSUANT TO F.R.C.P. 60(b) AND TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION AS TO ALL DEFENDANTS PURSUANT TO F.R.C.P. 12(b)(2) |
| Defendants. | |

---

**PLEASE TAKE NOTICE** that, Defendants, UB2B Inc., CMA Trading, Inc. and Universal Food Trading, (collectively "Defendants"), by and through their undersigned counsel of record, will move this Honorable Court before United States Judge Gerard H. Lynch at the United States Courthouse located at 500 Pearl Street, New York, New York, and at a time to be fixed by the Court, for an Order Vacating Default Judgment entered against UB2B, Inc. and Universal Food Trading Pursuant to F.R.C.P. 60(b), and to Dismiss Plaintiff's Complaint as to all Defendants for Lack of Personal Jurisdiction pursuant to FRCP 12(b)(2), and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Defendants will rely on the accompanying Memorandum of Law in Support of Motion and Certifications of Fatima Siner, Ulises Sabato, Gus Eben and Michael J. Marotte, Esq.

{00982347.DOC.1 }

**PLEASE TAKE FURTHER NOTICE** that, Defendants request oral argument upon the hearing of this Motion if it is opposed.

| | |
|---|---|
| Dated: Morristown, New Jersey<br>August 20, 2008 | Respectfully submitted,<br>SCHENCK, PRICE, SMITH & KING, LLP<br><br>/s/ John P. Campbell (JC-8746)<br>John P. Campbell (JC-8746)<br>305 Broadway, Suite 900<br>New York, New York 10007<br>(212) 822-1494<br>Attorneys for Defendants, UB2B Inc., CMA Trading Inc., and Universal Food Trading |

*To (Via Federal Express Overnight Delivery and Regular Mail):*

Laura H. Rubin, Esq.
Tannenbaum Dubin & Robinson, LLP
1140 Avenue of the Americas
New York, NY 10036
(212) 302-2900
*Attorneys for Plaintiff,
Quick Cuisine AG*

JAK #982347