UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUICK CUISINE AG,

        Plaintiff,

v.

UB2B INC., CMA TRADING INC., and
UNIVERSAL FOOD TRADING,

        Defendants.

---

Case No.: 08-CV-1601
(Lynch, J.) (Francis, M.J.)

***CERTIFICATION OF
GUS EBEN***

Gus Eben, of full age and being sworn upon here oath certifies as follows:

1. I am the Chief Executive Officer of CMA Trading, Inc. (hereinafter "CMA Trading").

2. CMA Trading maintains offices at 89 Longview Drive, Emerson, New Jersey 07630 USA with a mailing address of 297-101 Kinderkamack Road, Oradell, New Jersey 07649 USA.

3. CMA Trading is engaged in the business of distributing and selling merchandise, including food to distributors, wholesalers, retailers and government agencies.

4. CMA Trading has no place of business or operations in the State of New York.

5. CMA Trading has no telephone number, warehouse, showroom, property, bank account, employees or other such connections within the State of New York.

6. CMA Trading does not regularly solicit business in the State of New York.

7. CMA Trading does not have any agents in the State of New York.

8. The primary means of communication and activity between the parties in this case took place by electronic mail ("e-mail") or by telephone between New Jersey and Switzerland.

9. CMA Trading does not engage in any continuous, permanent, or substantial activity in the State of New York.

10. Most of the negotiations concerning the transaction between Plaintiff and Defendants

were conducted via e-mail or by telephone between New Jersey and Switzerland.

11. Any business meetings conducted in-person concerning the underlying transaction were held in Carlstadt, New Jersey.

12. I personally attended one meeting in Carlstadt, New Jersey.

13. CMA Trading did not conduct any business meetings concerning the underlying transaction in the State of New York.

14. During negotiations for the underlying transaction, the only event that took place in New York was a social dinner engagement I attended with Nicky Sevin of Quick Cuisine.

15. The restaurant was located next to the hotel where Mr. Sevin was staying in New York City.

16. This certification is offered in support of CMA Trading's Motion to Dismiss Plaintiff's Complaint for lack of personal jurisdiction pursuant to FRCP 12(b)(2).

I certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

By: _____
CMA Trading, Inc.
Gus Eben, CEO

Dated: 11 Aug 08

{00979087.DOC;1}