UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUICK CUISINE AG,

                Plaintiff,

v.

UB2B INC., CMA TRADING, INC. and
UNIVERSAL FOOD TRADING,

                Defendants.

Case No. 08-CV-1601 (GEL)
(Lynch, J.) (Francis, M.J.)

**F.R.C.P. 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for defendant, UB2B, Inc., (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

                SCHENCK, PRICE, SMITH & KING, LLP

                /s/ John P. Campbell (JC-8746)
                John P. Campbell (JC-8746)
                305 Broadway, Suite 900
                New York, New York 10007
                (212) 822-1494
                Attorneys for Defendant, UB2B, Inc.

Dated: August 20, 2008.

JAK/#98094.1