UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUICK CUISINE AG,

          Plaintiff,

v.

UB2B INC., CMA TRADING, INC. and
UNIVERSAL FOOD TRADING,

          Defendants.

Case No. 08-CV-1601 (GEL)
(Lynch, J.) (Francis, M.J.)

**F.R.C.P. 7.1 STATEMENT**

---

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for <u>defendant, Universal Food Trading,</u> (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

                                        SCHENCK, PRICE, SMITH & KING, LLP

                                        /s/ John P. Campbell (JC-8746)
                                        John P. Campbell (JC-8746)
                                        305 Broadway, Suite 900
                                        New York, New York 10007
                                        (212) 822-1494
                                        Attorneys for Defendant, Universal Food Trading

Dated: August 20, 2008.

JAK:#980941