UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

QUICK CUISINE AG,

               Plaintiff,        STIPULATION

    -against-                Civil Action No. 08 CV 1601
                                (J. Lynch)

UB2B INC., CMA TRADING INC.,
and UNIVERSAL FOOD TRADING,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendants UB2B Inc., CMA Trading Inc., and Universal Food Trading ("Defendants") as follows:

       1.    The time for Plaintiff to answer or cross-move with respect to Defendants' pending motion to vacate the default judgment entered against them is extended through September 19, 2008.

       2.    Defendants shall serve their reply papers on or before October 3, 2008.

Dated: New York, New York
       September 5, 2008

TANNENBAUM DUBIN & ROBINSON, LLP      SCHENCK, PRICE, SMITH & KING, LLP

_____                    _____
Laura H. Rubin, Esq. (LR-0332)               John P. Campbell, Esq. (JC-8746)
1140 Avenue of the Americas                  305 Broadway – Suite 900
New York, NY 10036                            New York, NY 10007
212-302-2900                                      212-822-1494
Attorneys for Plaintiff, Quick Cuisine AG      Attorneys for Defendant, UB2B Inc.,
                                                 CMA Trading Inc. and Universal Food
                                                 Trading

SEM60881.99(STIP).doc